UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-21988-COOKE/GOODMAN

ANGELA SALAS, *et al.*,

    Plaintiffs,

vs.

BOSTON SCIENTIFIC CORPORATION,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORTS AND RECOMMENDATIONS

    THIS MATTER comes before me on United States Magistrate Judge Jonathan Goodman's Report and Recommendation ("R&R") on Defendant's Motion Regarding Choice of Law for Punitive Damages, ECF No. 95. The underlying motion was referred to Judge Goodman on October 22, 2020. *See* ECF No. 68. In his Report, Judge Goodman recommends that the Court **DENY** Defendant's motion. Neither party objected to Judge Goodman's R&R and the time to do so has passed.

    After reviewing the motion, Judge Goodman's R&R, and the relevant legal authorities, the record, I find Judge Goodman's R&R clear, cogent, and compelling.

    Accordingly, the Court **AFFIRMS and ADOPTS** Judge Goodman's R&R, ECF No. 95, and **DENIES** Defendant's Motion Regarding Choice of Law for Punitive Damages, ECF No. 68. The Court also **DENIES** *as moot* Plaintiff's request to amend the complaint. *See* ECF No. 85.

**DONE and ORDERED** in Chambers, at Miami, Florida, this 19th day of May 2021.

                                                                   _____
                                                                   MARCIA G. COOKE
                                                                   United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of Record*